IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LIGGETT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-295-WKW |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 16, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 30) regarding Plaintiff's action brought pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3). No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 30) is ADOPTED;

2. The decision of the Commissioner of Social Security is AFFIRMED.

DONE this 31st day of July, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE