IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES LIGGETT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-295-WKW |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 16, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 30) regarding Plaintiff's action brought pursuant to 42 U.S.C. § 405(g) and § 1383(c)(3).  Plaintiff timely objected.  (Doc. # 33.)  The court reviews *de novo* the portion of the Recommendation to which the objection applies.  28 U.S.C. § 636(b)(1).

Plaintiff's objection, while not a model of clarity, essentially restates his arguments before the Magistrate Judge, namely that clerical errors and omissions prevented Plaintiff from receiving a fair hearing.  Plaintiff's objections are without merit, for reasons ably articulated by the Magistrate Judge.  To the extent Plaintiff has identified errors in his record, they are harmless and immaterial.  They do not warrant reversing the decision of the Magistrate Judge or the Administrative Law Judge or

remanding the case to the Commissioner of Social Security on the basis of new evidence.

Accordingly, after *de novo* review of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 30) is

ADOPTED;

2.    The decision of the Commissioner of Social Security is AFFIRMED.

An appropriate judgment will follow.

DONE this 12th day of August, 2013.

　　　　　　　　　　/s/ W. Keith Watkins　　　　
CHIEF UNITED STATES DISTRICT JUDGE